UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RAYMOND ROSS ROBINSON,

    Plaintiff,

Case No. 15-10607

Honorable John Corbett O'Meara

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
                                                          /

**ORDER ADOPTING MAGISTRATE JUDGE WHALEN'S
FEBRUARY 4, 2016 REPORT AND RECOMMENDATION**

        The court, pursuant to Rule 72(b) of the Federal Rules of Civil Procedure, 28 U.S.C. § 636(b)(1)(B), and LR 72.1(E.D. Mich. March 1, 2010), has reviewed Magistrate Judge R. Steven Whalen's February 4, 2016 Report and Recommendation, as well as Defendant's February 16, 2016 objections thereto and Plaintiff's March 1, 2016 response to those objections.

        After conducting a *de novo* review of the matter, the court hereby **ORDERS** that Magistrate Judge Whalen's February 4, 2016 Report and Recommendation is **ADOPTED.**

        It is further **ORDERED** that Defendant's motion for summary judgment is **DENIED.**

        It is further **ORDERED** that Plaintiff's motion for summary judgment is **GRANTED** to the extent that the case is **REMANDED** for further administrative proceedings as set forth in the Report and Recommendation.

                                                s/John Corbett O'Meara
                                                United States District Judge

Date:  March 22, 2016

        I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, March 22, 2016, using the ECF system.

                                                s/William Barkholz
                                               Case Manager